## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRENDA GUDGEL, Individually and All Others Similarly Situated,

  Plaintiff,

vs.

TARGET CORPORATION and TARGET BRANDS, Inc., Inclusive,

  Defendant.

6:24-CV-00870-PGB-EJK

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Brenda Gudgel, by and through her undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that she hereby voluntarily dismisses this action.

(i)    Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii)    Plaintiff has not filed a motion for class certification;

(iii)    The claims of the putative class are dismissed without prejudice;

(iv)    The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 11th day of October 2024.

*/s/William Wright*

        William Wright
        willwright@wrightlawoffice.com
        The Wright Law Office, P.A.
        515 N Flagler Dr. Suite 350
        West Palm Beach, FL 33401
        T: 561-514-0904
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of October 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

        */s/William Wright*
        **ATTORNEY FOR PLAINTIFF**