# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRENDA GUDGEL,**

              **Plaintiff,**

v.                                                        **Case No: 6:24-cv-870-PGB-EJK**

**TARGET CORPORATION and**
**TARGET BRANDS INC.,**

              **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed October 11, 2024. (Doc. 32). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendants Target Corporation and Target Brands Inc. are **DISMISSED WITHOUT PREJUDICE.**[1] The putative class claims against Defendants Target Corporation and Target Brands Inc. are also **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 15, 2024.

---

[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), unless a notice of voluntary dismissal states otherwise, "the dismissal is without prejudice."

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties